LISA L. OBERG (BAR NO. 120139)
SARA M. PARKER (BAR NO. 238448)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA  94111
*Telephone:*   (415) 267-4000
*Facsimile:*   (415) 267-4198

Attorneys for Defendants
EOT Technology, Inc., and
EODT Security Services Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, <br><br> Plaintiffs, <br><br> v. <br><br> EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100, <br><br> Defendants. | CASE NO. <br><br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have either (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

    1)    Joseph Dwyer

    2)    American International Group, Inc. (AIG)

    3)    Science Applications International Corporation (SAIC)

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

27247107 / 16600.3838

CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

SF:27247742.1

1
2
3  Dated:    May 31, 2007                    MCKENNA LONG & ALDRIDGE LLP
4
5                                            By: _____
                                                    LISA L. OBERG
6                                                   SARA M. PARKER

7                                            Attorneys for Defendants
                                             EOD TECHNOLOGY, INC. and EODT
8                                            SECURITY SERVICES, INC.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -
CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

SF:27247742.1