Lisa L. Oberg (State Bar No. 120139)
Sara M. Parker (State Bar No. 238448)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA  94111
*Telephone*:   (415) 267-4000
*Facsimile*:   (415) 267-4198

Attorneys for Defendants
EOD Technology, Inc. and
EODT Security Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100,<br><br>Defendants. | CASE NO.<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Defendants EOD Technology, Inc. and EODT Security Services, Inc. (hereinafter "Defendants"), by and through counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby file this disclosure statement, stating as follows:  Defendants have no parent corporations and no publicly held corporation owns 10% or more of their stock.

Dated: May 31, 2007

MCKENNA LONG & ALDRIDGE LLP

By: _____
Lisa L. Oberg
Sara M. Parker
Attorneys for Defendants
EOD Technology, Inc. and
EODT Security Services, Inc.

RULE 7.1 DISCLOSURE STATEMENT