```
 1  LISA L. OBERG (BAR NO. 120139)
    SARA M. PARKER (BAR NO. 238448)
 2  MCKENNA LONG & ALDRIDGE LLP
    101 California Street
 3  41st Floor
    San Francisco, CA  94111
 4  Telephone:   (415) 267-4000
    Facsimile:   (415) 267-4198
 5
    Attorneys for Defendants
 6  EOT Technology, Inc., and
    EODT Security Services Inc.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100,<br><br>Defendants. | CASE No.<br><br>**CERTIFICATE OF SERVICE REGARDING NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

**TO PLAINTIFF INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. 1446:

A NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT was filed in the SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO on May 31, 2007.

1
2
3  Dated: 05/3/07                MCKENNA LONG & ALDRIDGE LLP
4
5                                By: _____
6                                    LISA L. OBERG
                                     SARA M. PARKER
7
                                 Attorneys for Defendants
8                                EOT Technology, Inc., and
                                 EODT Security Services Inc.