LISA L. OBERG (BAR NO. 120139)
SARA M. PARKER (BAR NO. 238448)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
*Telephone:* (415) 267-4000
*Facsimile:* (415) 267-4198

Attorneys for Defendants
EOT Technology, Inc., and
EODT Security Services Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100,<br><br>Defendants. | CASE NO.<br><br>**PROOF OF SERVICE VIA COURIER** |

I am a citizen of the United States and employed by McKenna Long & Aldridge LLP in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. On May 31, 2007, I caused to be personally served by Docket Rocket a true and correct copy of the within document(s):

    **1.)**    **Civil Cover Sheet**

    **2.)**    **Notice of Removal of Action Pursuant to 28 U.S.C. §§1331, 1332 and 1441**

    **3.)**    **Certificate of Service Regarding Notice to Adverse Party of Removal to Federal Court**

    **4.)**    **Certification of Interested Entities or Parties**

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

27247740 / 16178.0001

PROOF OF SERVICE VIA COURIER
SF:27247740.1

5.) Disclosure Statement Pursuant To Federal Rule of Civil Procedure 7.1

6.) Declaration of Sara M. Parker In Support of Notice of Removal of Action Pursuant to 28 U.S.C. §§1331, 1332 and 1441

in a sealed envelope, addressed as follows:

David Hughes, Esq.
LAUGHLIN, FALBO, LEVY & MORESI LLP
255 California Street, Ste. 600
San Francisco, CA 94111

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 31, 2007, at San Francisco, California.

_____
CARY ANN ROSKO