LISA L. OBERG (BAR NO. 120139)
SARA M. PARKER (BAR NO. 238448)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
*Telephone:* (415) 267-4000
*Facsimile:* (415) 267-4198

Attorneys for Defendants
EOT Technology, Inc., and
EODT Security Services Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100,<br><br>Defendants. | Case No. C-07-2847 SI<br><br>**CERTIFICATE OF SERVICE REGARDING NOTICE TO ADVERSE PARTY OF AMENDED DECLARATION OF SARA M. PARKER IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. 1446:

A NOTICE TO ADVERSE PARTY OF AMENDED DECLARATION OF SARA M. PARKER IN SUPPORT OF REMOVAL TO FEDERAL COURT was filed in the SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN FRANCISCO on June 1, 2007.

---

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATE OF SERVICE REGARDING AMENDED DECLARATION OF SARA M. PARKER IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT - C-07-2847-SI

27247787 / 16178.0001

SF:27248033.1

1
2
3  Dated: 06/01/07                MCKENNA LONG & ALDRIDGE LLP
4
5                                 By: _____
6                                     LISA L. OBERG
                                      SARA M. PARKER
7
                                  Attorneys for Defendants
8                                 EOT Technology, Inc., and
                                  EODT Security Services Inc.
9
10
11
...
28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 2 -
CERTIFICATE OF SERVICE REGARDING AMENDED DECLARATION OF SARA M. PARKER IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT - C-07-2847-SI
SF:27248033.1