LISA L. OBERG (BAR NO. 120139)
SARA M. PARKER (BAR NO. 238448)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
*Telephone:* (415) 267-4000
*Facsimile:* (415) 267-4198

Attorneys for Defendants
EOT Technology, Inc., and
EODT Security Services Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100,<br><br>Defendants. | CASE NO.<br><br>**PROOF OF SERVICE VIA COURIER** |

I am a citizen of the United States and employed by McKenna Long & Aldridge LLP in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. On June 1, 2007, I caused to be personally served by Docket Rocket a true and correct copy of the within document(s):

    1.) **Amended Declaration of Sara M. Parker In Support of Notice of Removal of Action Pursuant to 28 U.S.C. §§1331, 1332 and 1441**

    2.) **Certificate of Service Regarding Notice to Adverse Party of Amended Declaration of Sara M. Parker In Support Of Notice Of Removal to Federal Court**

in a sealed envelope, addressed as follows:

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

PROOF OF SERVICE VIA COURIER - C07-2847-SI

27248034 / 16178.0001

David Hughes, Esq.
LAUGHLIN, FALBO, LEVY & MORESI LLP
255 California Street, Ste. 600
San Francisco, CA 94111

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 1, 2007, at San Francisco, California.

_____
CARY ANN ROSKO