1  DAVID HUGHES (BAR NO. 88738)
   LAUGHLIN, FALBO, LEVY & MORESI LLP
2  255 California Street, Ste. 600
   San Francisco, CA 94111
3  415/781-6676 (phone);  415/781-6823 (fax)
4
   *Attorney for Insurance Company of the State of*
5  *Pennsylvania*

6
   LISA L. OBERG (BAR NO. 120139)
7  SARA M. PARKER (BAR NO. 238448)
   MCKENNA LONG & ALDRIDGE LLP
8  101 California Street, 41st Floor
   San Francisco, CA  94111
9  415/267-4000 (phone);  415/267-4198 (fax)

10 *Attorneys for EOD Technology, Inc. and EODT Security*
   *Services, Inc.*
11
                    **UNITED STATES DISTRICT COURT**
12
                    **NORTHERN DISTRICT OF CALIFORNIA**
13

| 14 | INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | CASE NO.  C-07-2847 SI |
|---|---|---|
| 15 | | |
| 16 | Plaintiffs, | **STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-1(A)** |
| 17 | v. | |
| 18 | | |
| 19 | EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100, | |
| 20 | | |
| 21 | Defendants. | |

23                         **STIPULATION**

24     **WHEREAS**, Plaintiff Insurance Company of the State of Pennsylvania ("Plaintiff") filed

25 the above-entitled action in California Superior Court for the County of San Francisco on or about

26 March 5, 2007;

27
28

**WHEREAS**, Defendants EOD Technology, Inc. and EODT Security Services, Inc. ("Defendants") removed the above-captioned matter to the United States District Court for the Northern District of California on May 31, 2007;

**WHEREAS**, under applicable rules, Defendants must answer, move against, or otherwise respond to the Complaint no later than June 7, 2007;

**WHEREAS**, a parallel action was filed in Alabama federal court entitled *Joseph Dwyer v. EOD Technology, Inc.*, Civil Action No. 5:07-cv-0411-CLS (N.D. Ala., filed Mar. 7, 2007), and the parties are discussing the most efficient manner to handle the two pending actions;

**WHEREAS**, under Northern District Local Rule 6-1(a), parties are permitted to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order."

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties through their undersigned counsel that Defendant shall answer, move against, or otherwise respond to Plaintiff's Complaint no later than July 23, 2007.

Dated: June 6, 2007

/s/ (w/ express permission)
DAVID HUGHES (BAR NO. 88738)
LAUGHLIN, FALBO, LEVY & MORESI LLP
255 California Street, Ste. 600
San Francisco, CA 94111
415/781-6676 (phone); 415/781-6823 (fax)

*Attorney for Insurance Company of the State of Pennsylvania*

Dated: June 6, 2007

/s/ Sara M. Parker
LISA L. OBERG (BAR NO. 120139)
SARA M. PARKER (BAR NO. 238448)
MCKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, California 94111
415/267-4000 (phone); 415/267-4198 (fax)

Attorneys for Defendants EOD Technology, Inc. and EODT Security Services, Inc.