1  LISA L. OBERG (BAR NO. 120139)
   SARA M. PARKER (BAR NO. 238448)
2  MCKENNA LONG & ALDRIDGE LLP
   101 California Street
3  41st Floor
   San Francisco, CA  94111
4  *Telephone:*   (415) 267-4000
   *Facsimile:*   (415) 267-4198
5
   Attorneys for Defendants
6  EOT Technology, Inc., and
   EODT Security Services Inc.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12 | INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | CASE NO. **C-07-2847 SI** |
   |---|---|
13 | Plaintiffs, | **PROOF OF SERVICE VIA MAIL** |
14 | v. | |
15 | EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100, | |
16 | | |
17 | Defendants. | |
18

19

20      I am a citizen of the United States and employed in San Francisco County, California.  I

21 am over the age of eighteen years and not a party to the within-entitled action.  My business

22 address is 101 California Street, 41st Floor, San Francisco, California 94111.  I am readily

23 familiar with this firm's practice for collection and processing of correspondence for mailing with

24 the United States Postal Service.  On June 6, 2007, I placed with this firm at the above address for

25 deposit with the United States Postal Service a true and correct copy of the within document(s):

26      STIPULATION TO EXTEND TIME TO ANSWER, MOVE
        AGAINST, OR OTHERWISE RESPOND TO PLAINTIFF'S
27      COMPLAINT PURSUANT TO NORTHERN DISTRICT LOCAL
        RULE 6-1(A)
28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

27248440 / 16178.0001

PROOF OF SERVICE VIA MAIL - C07-2847-SI

SF:27248463.1

in a sealed envelope, postage fully paid, addressed as follows:

>David Hughes, Esq.
>LAUGHLIN, FALBO, LEVY &
>MORESI LLP
>255 California Street, Ste. 600
>San Francisco, CA 94111

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 6, 2007, at San Francisco, California.

>/s/ Kristina Martinez
>KRISTINA MARTINEZ

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 2 -
PROOF OF SERVICE VIA MAIL - C07-2847-SI
SF:27248463.1