| | |
|---|---|
| 1 | LISA L. OBERG (BAR NO. 120139) |
| | SARA M. PARKER (BAR NO. 238448) |
| 2 | MCKENNA LONG & ALDRIDGE LLP |
| | 101 California Street |
| 3 | 41st Floor |
| | San Francisco, CA  94111 |
| 4 | *Telephone:*     (415) 267-4000 |
| | *Facsimile:*      (415) 267-4198 |
| 5 | |
| 6 | Attorneys for Defendants |
| | EOT Technology, Inc., and |
| 7 | EODT Security Services Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | Case No. C-07-2847 SI |
| Plaintiffs, | **PROOF OF SERVICE VIA MAIL** |
| v. | |
| EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100, | |
| Defendants. | |

I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 101 California Street, 41st Floor, San Francisco, California 94111.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On June 6, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

    U.S. DISTRICT COURT, SAN FRANCISCO FILING GUIDELINES

    ECF REGISTRATION INFORMATION HANDOUT

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES [2 COPIES]

CASE MANAGEMENT CONFERENCE ORDER [2 COPIES]

STANDING ORDER RE: CASES DESIGNATED FOR ELECTRONIC FILING

DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

in a sealed envelope, postage fully paid, addressed as follows:

David Hughes, Esq.
LAUGHLIN, FALBO, LEVY & MORESI LLP
255 California Street, Ste. 600
San Francisco, CA 94111

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 6, 2007, at San Francisco, California.

                                        /s/ Cary Ann Rosko
                                        CARY ANN ROSKO