```
LISA L. OBERG (BAR NO. 120139)
SARA M. PARKER (BAR NO. 238448)
McKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA  94111
Telephone:    (415) 267-4000
Facsimile:    (415) 267-4198

Attorneys for Defendant
EOT Technology, Inc., and
EODT Security Services Inc.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100,<br><br>Defendants. | CASE NO. C-07-2847 SI<br><br>**SUPPLEMENTAL PROOF OF SERVICE VIA COURIER** |

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California  94111.

On **June 1, 2007**, I caused to be served via Docket Rocket, a true and correct copy of the following document(s):

    **1.)**    **Amended Declaration of Sara M. Parker In Support of Notice of Removal of Action Pursuant to 28 U.S.C. §§1331, 1332 and 1441**

    **2.)**    **Certificate of Service Regarding Notice to Adverse Party of Amended Declaration of Sara M. Parker In Support Of Notice Of Removal to Federal Court**

in a sealed envelope, hand-delivered to:

DAVID HUGHES, ESQ.
LAUGHLIN, FALBO, LEVY & MORESI LLP
225 CALIFORNIA STREET, SUITE 600
SAN FRANCISCO, CA 94111

Attached is a true and correct copy of the Proof of Service prepared by a courier in the employ of Docket Rocket, proving service in person at the request of McKenna Long & Aldridge LLP of the documents therein listed, at **4:15 p.m., on June 1, 2007.**

On **June 7, 2007**, I electronically served this ***Supplemental Proof of Service Via Courier*** via the United States District Court, Northern District of California's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 7, 2007,** at San Francisco, California.

                                                          /s/ Cary Ann Rosko
                                                          CARY ANN ROSKO

LISA L. OBERG (#120139)
SARAH M. PARKER (#238448)
McKENNA LONG & ALDRIDGE LLP
101 California St, 41st Floor
San Francisco, CA 94111
Telephone: (415) 267-4000

Attorney for: EOT Technology, IInc., and EODT Security Services, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Plaintiff: INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

Defendant: EOT TECHNOLOGY AND EODT SECURITY SERVICES, INC., et al.

Ref #:                           **PROOF OF SERVICE**                Case #: 07-2847 SI

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of the:

Amended Declaration of Sarah M. Parker in Support of Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1331, 1332 and 1441; Certificate of Service Regarding Notice to Adverse Party of Amended Declaration of Sarah M. Parker in Support of Notice of Removal to Federal Court

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party Served:     David Hughes, Esq.

    By Serving:       Dianna Richardson

    Address:          Laughlin, Falbo, Levy & Moresi LLP
                      255 California St, Ste. 600
                      San Francisco, CA 94111

    Date of Service:  6/1/07

    Time of Service:  4:15p

Person who served papers:
Charles Montgomery
Docket Rocket
41 Sutter St #1661
San Francisco, CA 94104
415-748-1798

Fee for Service:
Registered California process server.
Owner ( x ) Independent Contractor (  )
(2) Registration no: 725
(3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:      June 7, 2007                    Signature: _____