IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMPANY, | No. C 07-02847SI |
| Plaintiff, | **NOTICE** |
| v. | |
| EOD TECHNOLOGY INC, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, September 14, 2007, at 2:00 p.m.

Dated: July 12, 2007                                         RICHARD W. WIEKING, Clerk

                                                                         Tracy Sutton
                                                                         Deputy Clerk