1  DAVID HUGHES (BAR NO. 88738)
2  LAUGHLIN, FALBO, LEVY & MORESI LLP
   255 California Street, Ste. 600
3  San Francisco, CA 94111
   415/781-6676 (phone);  415/781-6823 (fax)
4
   *Attorney for Insurance Company of the State of*
5  *Pennsylvania*

6  LISA L. OBERG (BAR NO. 120139)
   SARA M. PARKER (BAR NO. 238448)
7  MCKENNA LONG & ALDRIDGE LLP
   101 California Street, 41st Floor
8  San Francisco, CA  94111
   415/267-4000 (phone);  415/267-4198 (fax)
9
   *Attorneys for EOD Technology, Inc. and EODT Security*
10 *Services, Inc.*

11            **UNITED STATES DISTRICT COURT**

12          **NORTHERN DISTRICT OF CALIFORNIA**

13
   INSURANCE COMPANY OF THE            CASE NO.  C-07-2847 SI
14 STATE OF PENNSYLVANIA,

15              Plaintiffs,
                                       **STIPULATION TO EXTEND TIME**
16        v.                           **TO ANSWER, MOVE AGAINST,**
                                       **OR OTHERWISE RESPOND TO**
17                                     **PLAINTIFF'S COMPLAINT PURSUANT**
                                       **TO NORTHERN DISTRICT LOCAL**
18 EOD TECHNOLOGY, INC.; EODT          **RULE 6-1(A)**
   SECURITY SERVICES, INC.; ALI
19 FALAH HANSON; and DOES 1 to 100,

20              Defendants.

21

22                  **STIPULATION**

23        **WHEREAS**, Plaintiff Insurance Company of the State of Pennsylvania ("Plaintiff") filed

24 the above-entitled action in California Superior Court for the County of San Francisco on or about

25 March 5, 2007;

26        **WHEREAS**, Defendants EOD Technology, Inc. and EODT Security Services, Inc.

27 ("Defendants") removed the above-captioned matter to the United States District Court for the

28 Northern District of California on May 31, 2007;

McKenna Long &
Aldridge LLP
Attorneys at Law
San Francisco

1   **WHEREAS**, pursuant to the previous stipulation by the parties, filed June 6, 2007,

2   Defendants must answer, move against, or otherwise respond to the Complaint no later than July

3   23, 2007;

4   **WHEREAS**, a parallel action was filed in Alabama federal court, entitled *Joseph Dwyer*

5   *v. EOD Technology, Inc.*, Civil Action No. 5:07-cv-0411-CLS (N.D. Ala., filed Mar. 7, 2007),

6   and the parties are discussing the most efficient manner to handle the two pending actions;

7   **WHEREAS**, under Northern District Local Rule 6-1(a), parties are permitted to "stipulate

8   in writing, without a Court order, to extend the time within which to answer or otherwise respond

9   to the complaint . . . provided the change will not alter the date of any event or any deadline

10  already fixed by Court order."

11  **THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties through

12  their undersigned counsel that Defendants shall answer, move against, or otherwise respond to

13  Plaintiff's Complaint no later than August 13, 2007.

14

15  Dated:    July 19, 2007               /s/ (w/ express permission)
                                           DAVID HUGHES (BAR NO. 88738)
16                                         LAUGHLIN, FALBO, LEVY & MORESI LLP
                                           255 California Street, Ste. 600
17                                         San Francisco, CA 94111
                                           415/781-6676 (phone);  415/781-6823 (fax)
18
                                           *Attorney for Insurance Company of the State of*
19                                         *Pennsylvania*

20

21  Dated:    July 19, 2007               /s/ Sara M. Parker
                                           LISA L. OBERG (BAR NO. 120139)
22                                         SARA M. PARKER (BAR NO. 238448)
                                           MCKENNA LONG & ALDRIDGE LLP
23                                         101 California Street, 41st Floor
                                           San Francisco, California  94111
24                                         415/267-4000 (phone);  415/267-4198 (fax)

25                                         *Attorneys for Defendants EOD Technology, Inc.*
                                           *and EODT Security Services, Inc.*
26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 2 -

STIPULATION TO EXTEND TIME
CASE NO. C-07-2847 SI

1

**CERTIFICATE OF SERVICE**

2       I am a citizen of the United States and employed in the County of San Francisco,

3  California.  I am over the age of eighteen years and not a party to the within-entitled action.  My

4  business address is 101 California Street, 41st Floor, San Francisco, California  94111.  I am

5  readily familiar with this firm's practice for collection and processing of correspondence for

6  mailing with the United States Postal Service.  On **July 19, 2007**, I placed with this firm at the

7  above address for deposit with the United States Postal Service a true and correct copy of the

8  within document:

9

10

*STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST,*
*OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT*
*TO NORTHERN DISTRICT LOCAL RULE 6-1(A)*

11  in a sealed envelope, addressed as follows:

12

13

14

David Hughes, Esq.
LAUGHLIN, FALBO, LEVY &
MORESI LLP
255 California Street, Ste. 600
San Francisco, CA 94111

15       Following ordinary business practices, the envelope was sealed and placed for collection

16  and mailing on this date, and would, in the ordinary course of business, be deposited with the

17  United States Postal Service on this date.

18       I declare under penalty of perjury under the laws of the State of California that the above

19  is true and correct.

20       Executed on **July 19, 2007**, at San Francisco, California.

21

22

23

   _/s/ Kristina Martinez_____
KRISTINA MARTINEZ

24

25

26

27

28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 3 -

STIPULATION TO EXTEND TIME
CASE NO. C-07-2847 SI

**CERTIFICATE OF SERVICE VIA UNITED STATES DISTRICT COURT**

**ELECTRONIC DOCUMENT FILING SYSTEM**

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. On **July 19, 2007**, I electronically served a true and correct copy of the within document(s):

*STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-1(A)*

via the United States District Court, Northern District of California's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 19, 2007,** at San Francisco, California.

/s/ Kristina Martinez
_____
KRISTINA MARTINEZ

STIPULATION TO EXTEND TIME
CASE NO. C-07-2847 SI

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco