DAVID HUGHES (BAR NO. 88738)
LAUGHLIN, FALBO, LEVY & MORESI LLP
255 California Street, Ste. 600
San Francisco, CA 94111
415/781-6676 (phone);  415/781-6823 (fax)

*Attorney for Insurance Company of the State of Pennsylvania*

LISA L. OBERG (BAR NO. 120139)
SARA M. PARKER (BAR NO. 238448)
MCKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, CA  94111
415/267-4000 (phone);  415/267-4198 (fax)

*Attorneys for EOD Technology, Inc. and EODT Security Services, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100,<br><br>Defendants. | CASE NO.  C-07-2847 SI<br><br>**STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-1(A)** |

## STIPULATION

**WHEREAS**, Plaintiff Insurance Company of the State of Pennsylvania ("Plaintiff") filed the above-entitled action in California Superior Court for the County of San Francisco on or about March 5, 2007;

**WHEREAS**, Defendants EOD Technology, Inc. and EODT Security Services, Inc. ("Defendants") removed the above-captioned matter to the United States District Court for the Northern District of California on May 31, 2007;

1  **WHEREAS**, pursuant to the previous stipulation by the parties, filed July 19, 2007, Defendants must answer, move against, or otherwise respond to the Complaint no later than August 13, 2007;

4  **WHEREAS**, a parallel action was filed in Alabama federal court, entitled *Joseph Dwyer v. EOD Technology, Inc.*, Civil Action No. 5:07-cv-0411-CLS (N.D. Ala., filed Mar. 7, 2007), and the parties are discussing the most efficient manner to handle the two pending actions;

7  **WHEREAS**, under Northern District Local Rule 6-1(a), parties are permitted to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order."

11  **THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties through their undersigned counsel that Defendants shall answer, move against, or otherwise respond to Plaintiff's Complaint no later than August 27, 2007.

Dated:   August 10, 2007

/s/ (w/ express permission)
DAVID HUGHES (BAR NO. 88738)
LAUGHLIN, FALBO, LEVY & MORESI LLP
255 California Street, Ste. 600
San Francisco, CA 94111
415/781-6676 (phone);  415/781-6823 (fax)

*Attorney for Insurance Company of the State of Pennsylvania*

Dated:   August 10, 2007

/s/ Sara M. Parker
LISA L. OBERG (BAR NO. 120139)
SARA M. PARKER (BAR NO. 238448)
MCKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, California  94111
415/267-4000 (phone);  415/267-4198 (fax)

*Attorneys for Defendants EOD Technology, Inc. and EODT Security Services, Inc.*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On **August 10, 2007**, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document:

***STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-1(A)***

in a sealed envelope, addressed as follows:

> David Hughes, Esq.
> LAUGHLIN, FALBO, LEVY & MORESI LLP
> 255 California Street, Ste. 600
> San Francisco, CA 94111

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 10, 2007**, at San Francisco, California.


    /s/ Kristina Martinez
    KRISTINA MARTINEZ

# CERTIFICATE OF SERVICE VIA UNITED STATES DISTRICT COURT ELECTRONIC DOCUMENT FILING SYSTEM

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. On **August 10, 2007**, I electronically served a true and correct copy of the within document(s):

***STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-1(A)***

via the United States District Court, Northern District of California's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 10, 2007,** at San Francisco, California.

/s/ Kristina Martinez
KRISTINA MARTINEZ