1  DAVID HUGHES (BAR NO. 88738)
2  LAUGHLIN, FALBO, LEVY & MORESI LLP
   255 California Street, Ste. 600
3  San Francisco, CA 94111
   415/781-6676 (phone);  415/781-6823 (fax)
4
5  *Attorney for Insurance Company of the State of Pennsylvania*

6  LISA L. OBERG (BAR NO. 120139)
   SARA M. PARKER (BAR NO. 238448)
7  MCKENNA LONG & ALDRIDGE LLP
   101 California Street, 41st Floor
8  San Francisco, CA  94111
   415/267-4000 (phone);  415/267-4198 (fax)
9
10 *Attorneys for EOD Technology, Inc. and EODT Security Services, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Plaintiffs,<br><br>v.<br><br>EOD TECHNOLOGY, INC.; EODT SECURITY SERVICES, INC.; ALI FALAH HANSON; and DOES 1 to 100,<br><br>Defendants. | CASE NO.  C-07-2847 SI<br><br>**STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-1(A)** |

### STIPULATION

**WHEREAS**, Plaintiff Insurance Company of the State of Pennsylvania ("Plaintiff") filed the above-entitled action in California Superior Court for the County of San Francisco on or about March 5, 2007;

**WHEREAS**, Defendants EOD Technology, Inc. and EODT Security Services, Inc. ("Defendants") removed the above-captioned matter to the United States District Court for the Northern District of California on May 31, 2007;

**WHEREAS**, pursuant to the previous stipulation by the parties, filed July 19, 2007, Defendants must answer, move against, or otherwise respond to the Complaint no later than August 13, 2007;

**WHEREAS**, a parallel action was filed in Alabama federal court, entitled *Joseph Dwyer v. EOD Technology, Inc.*, Civil Action No. 5:07-cv-0411-CLS (N.D. Ala., filed Mar. 7, 2007), and the parties are discussing the most efficient manner to handle the two pending actions;

**WHEREAS**, under Northern District Local Rule 6-1(a), parties are permitted to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order."

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties through their undersigned counsel that Defendants shall answer, move against, or otherwise respond to Plaintiff's Complaint no later than August 27, 2007.

Dated: August 10, 2007

/s/ (w/ express permission)
DAVID HUGHES (BAR NO. 88738)
LAUGHLIN, FALBO, LEVY & MORESI LLP
255 California Street, Ste. 600
San Francisco, CA 94111
415/781-6676 (phone);  415/781-6823 (fax)

*Attorney for Insurance Company of the State of Pennsylvania*

Dated: August 10, 2007

/s/ Sara M. Parker
LISA L. OBERG (BAR NO. 120139)
SARA M. PARKER (BAR NO. 238448)
MCKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, California  94111
415/267-4000 (phone);  415/267-4198 (fax)

*Attorneys for Defendants EOD Technology, Inc. and EODT Security Services, Inc.*

IT IS SO ORDERED
Judge Susan Illston
08/10/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

- 2 -

STIPULATION TO EXTEND TIME
CASE NO. C-07-2847 SI