1  LAUGHLIN, FALBO, LEVY & MORESI LLP
   David W. Hughes   (Bar No. 88738)
2  555 - 12th Street, Suite 1900
   Oakland, CA 94607
3  Telephone: (510) 628-0496
   Facsimile: (510) 628-0499
4

5  Attorneys for Plaintiff
   INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 INSURANCE COMPANY OF THE      )   No: C-07-02847 SI
   STATE OF PENNSYLVANIA,        )
12                               )
                    Plaintiff,   )   **NOTICE OF VOLUNTARY DISMISSAL**
13 v.                            )
                                 )
14 EOD TECHNOLOGY, INC.; EODT    )
   SECURITY SYSTEMS, INC.; ALI   )
15 FALAH HANSON, et al.          )
                                 )
16                  Defendants.

17 _____

18    **NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro.

19 41(a), plaintiff INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA

20 voluntarily dismisses the above-captioned action without

21 prejudice.

22 Dated: August 23, 2007          LAUGHLIN, FALBO, LEVY & MORESI

23                                 By: /s/ David W. Hughes
                                       David W. Hughes
24                                     Attorneys for Plaintiff
                                       INSURANCE COMPANY OF THE STATE
25                                     OF PENNSYLVANIA

26

27

28

                                - 1 -
Notice of Voluntary Dismissal

# PROOF OF SERVICE

Case: Insurance Company of the State of Pennsylvania v. EOD Technology. , et al.
Northern District of California - No. C-07-02847 SI

I am a citizen of the United States, employed in the city of Oakland. My business address is 555 - 12th Street, Suite 1900, Oakland CA, 94607. I am over the age of 18 years and not a party to the above entitled action.

I am familiar with LAUGHLIN, FALBO, LEVY & MORESI's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On August 23, 2007, I served the following:

NOTICE OF VOLUNTARY DISMISSAL

( x ) on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

( ) on the parties in this action by causing a true copy thereof to be delivered by hand.

( ) on the parties in this action by causing a true copy thereof to be telecopied by facsimile to the attorneys of record in the above action.

addressed as follows:

    Lisa L. Oberg, Esquire
    Sara M. Parker, Esquire
    McKenna, Long & Aldridge
    101 California Street, 41st Floor
    San Francisco, CA 94111
    *Telephone: (415) 267-4000*
    *Facsimile: (415) 267-4198*

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed this 24rd day of August, 2007, at Oakland, California.

                                                /s/ Allene Richlie

                                               Allene Richlie

Notice of Voluntary Dismissal